IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

CASE NO. 24-14336-CIV-MARTINEZ/MAYNARD

DANIEL PORTER, individually, and
MARITIME RESEARCH & RECOVERY, LLC,

        Plaintiffs,

v.

CARL ALLEN, individually, and
ALLEN EXPLORATION, LLC,

        Defendants.
_____/

**ORDER**

    Upon consideration of Defendants' motion, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the United States District Court for the Northern District of Texas, Dallas Division (ECF No. 12), Plaintiffs' response thereto (ECF No. 13) and Defendants' reply (ECF No. 17), it is ORDERED that Defendants' motion is GRANTED.

    It is further ORDERED that Plaintiffs' "Verified Motion to Object to Attorney David Concannon's Motion to Appear Pro Hac Vice or Alternatively, to Disqualify Him" (ECF No. 15) is DENIED AS MOOT.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2024.

                                                          _____
Copies provided to:                                   JOSE E. MARTINEZ
Magistrate Judge Maynard                 UNITED STATES DISTRICT JUDGE
All Counsel of Record