IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

CASE NO. 24-14336-CIV-MARTINEZ/MAYNARD

DANIEL PORTER, individually, and
MARITIME RESEARCH & RECOVERY, LLC,

    Plaintiffs/Counterclaim Defendants,

        v.

CARL ALLEN, individually, and
ALLEN EXPLORATION, LLC,

    Defendants/Counterclaim Plaintiffs.
_____/

## NOTICE OF NINETY DAYS EXPIRING

Pursuant to Local Rule 7.1(b)(4), Defendants/Counterclaim Plaintiffs Carl Allen and Allen Exploration, LLC ("AEX"), by their undersigned counsel, hereby file their a "Notice of Ninety Days Expiring." The following motions have been pending and fully briefed with no hearing set for almost 90 days:

1. Defendants' Motion for Admission *Pro Hac Vice* of David G. Concannon, Esq.

    a. Defendants' Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, ECF No. 10, was filed and electronically served on **October 20, 2024**.

    b. Plaintiffs' Opposing Memorandum of Law in accordance with Local Rule 7.1(c)(1) was due on **November 4, 2024**. **Plaintiffs never filed an opposing memorandum in accordance with the Court's Local Rules**.

        (1) Instead, on October 30, 2024, Plaintiffs filed and electronically served a "Verified Motion to Object to Attorney David Concannon's Motion to Appear Pro Hac Vice or Alternatively, to Disqualify Him and Request for Hearing," ECF No. 15.

        (2) Defendants filed and electronically served their Memorandum in Opposition to Plaintiffs' "Verified Motion to Object to Attorney David

1

Concannon's Motion to Appear Pro Hac Vice or Alternatively, to Disqualify Him and Request for Hearing," ECF No. 18, on November 12, 2024.

(3) Plaintiffs filed and electronically served a Reply Memorandum in Response to Motion to Disqualify Counsel, ECF No. 20, on November 19, 2024.

(4) Defendants filed and electronically served a Motion for Leave to File a Sur Reply to Plaintiffs' Reply Memorandum in support of their Motion to Disqualify Counsel (ECF No. 20) attaching a proposed Sur Reply to Memorandum, ECF No. 23, on November 25, 2024.

c. No hearing was held on any of these motions.

2. Defendants' Motion to Transfer Venue

a. On **October 23, 2024**, Defendants filed and electronically served their Motion to Transfer this Action pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Texas, Dallas Division, ECF No. 12.

b. On **October 28, 2024**, Plaintiffs filed and electronically served their "Response to Defendant's [sic] Motion to Transfer Venue[,] Request for Hearing, and Memorandum of Law," ECF No. 13.

c. On **November 4, 2024**, Defendants filed and electronically served their Reply Memorandum in Support of Motion to Transfer Venue, ECF No. 17.

d. No hearing was held on Defendants' motion.

Dated this the 8th day of January, 2025

Respectfully submitted,

**CHRISTOPHER F. LANZA, P.A.**
Attorneys for Defendants/Counterclaim Plaintiffs Carl Allen &
Allen Exploration, LLC
290 NW 165TH Street, P-600
MIAMI, FL 33169
PHONE: (305) 956-9040
FAX: (305) 945-2905
Email: cfl@lanzalaw.com

By: */S/ Christopher F. Lanza*
Christopher F. Lanza
Florida Bar #996009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true a correct copy of the foregoing was filed with the Court's CM/ECF electronic filing system on January 8, 2025, and that the foregoing document is being served this day on all counsel of record via the transmission of Notices of Electronic Filing generated by CM/ECF and/or electronic mail and unrepresented parties will be served by U.S. Mail or by other methods permitted by the Federal Rules of Civil Procedure.

**CHRISTOPHER F. LANZA, P.A.**
Attorneys for Defendants Carl Allen &
Allen Exploration, LLC
290 NW 165TH Street, P-600
MIAMI, FL 33169
PHONE: (305) 956-9040
FAX: (305) 945-2905
Email: cfl@lanzalaw.com

By: */S/ Christopher F. Lanza*
Christopher F. Lanza
Florida Bar #996009

Service List:

Law Office of Richard D. Kibbey, P.A.
Attorneys for Plaintiff
416 Camden Avenue
Stuart, FL 34994
Email: Kibbeylegal@gmail.com

Jason Wandner, P.A.
Attorneys for Plaintiff
100 Biscayne Blvd
#1600
Miami, FL 33132
Email: Jason@Wandnerlaw.com