EXHIBIT A

**Messages exported from: Dan Personal's iPhone (+13053940260)**
**With: Kibby'S Cell (7722152560)**
PDF generated on 1/4/2025 using Decipher TextMessage

**1/1/2025 10:28 PM**
Dan Personal's iPhone (+13053940260)

Yeah we found all of that. Under my direction

**1/1/2025 10:27 PM (Viewed 1/1/2025 10:28 PM)**

Kibby'S Cell (7722152560)

Ok- I knew MRR was involved!

**1/1/2025 10:27 PM**
Dan Personal's iPhone (+13053940260)

That's Kenton. He was my crew chief.

**1/1/2025 10:25 PM (Viewed 1/1/2025 10:26 PM)**

Kibby'S Cell (7722152560)



A friend sent me these pics- looks like the belt you found?
Who's the diver??

**1/1/2025 10:25 PM (Viewed 1/1/2025 10:26 PM)**

Kibby'S Cell (7722152560)



**1/1/2025 10:25 PM (Viewed 1/1/2025 10:26 PM)**

Kibby'S Cell (7722152560)



**1/1/2025 10:25 PM (Viewed 1/1/2025 10:26 PM)**

Kibby'S Cell (7722152560)



**1/1/2025 10:25 PM (Viewed 1/1/2025 10:26 PM)**

Kibby'S Cell (7722152560)



**12/24/2024 11:36 AM (Viewed 12/24/2024 11:37 AM)**

Kibby'S Cell (7722152560)



You can't do better than front page!

Your verdict will be the next big story

**12/21/2024 8:04 AM (Viewed 12/21/2024 8:08 AM)**

Kibby'S Cell (7722152560)



Here's something worth reading- to the extent possible need to find witnesses who can verify your reputations future income was affected by Carl's defamation.

**12/21/2024 8:04 AM (Viewed 12/21/2024 8:08 AM)**

Kibby'S Cell (7722152560)



6:13

The plaintiff, Zachary Young, alleges that CNN smeared his security consulting company, Nemex Enterprises Inc., by implying it illegally profited when helping people flee Afghanistan during the Biden administration's military withdrawal from the country in 2021. A civil trial is scheduled to begin on Jan. 6, 2025, in front of Judge William Henry in the Circuit Court for Bay County, Florida.

Last week, Henry paved the way for Young to issue a subpoena for CNN to hand over a plethora of sensitive financial information that the cable network presented to its parent company, Warner Bros. Discovery.

"Essentially, this will act as a way to double check to see if CNN was being honest with the financial documents they were turning over as part of discovery, comparing what they turned

foxnews.com

**12/21/2024 8:04 AM (Viewed 12/21/2024 8:08 AM)**

Kibby'S Cell (7722152560)



**12/21/2024 8:04 AM (Viewed 12/21/2024 8:08 AM)**

Kibby'S Cell (7722152560)



**12/21/2024 8:04 AM (Viewed 12/21/2024 8:08 AM)**

Kibby'S Cell (7722152560)



**12/21/2024 8:04 AM (Viewed 12/21/2024 8:08 AM)**

Kibby'S Cell (7722152560)



**12/21/2024 8:04 AM (Viewed 12/21/2024 8:08 AM)**

Kibby'S Cell (7722152560)



**12/21/2024 8:04 AM (Viewed 12/21/2024 8:08 AM)**

Kibby'S Cell (7722152560)



6:13

"Accordingly, Young's attorneys will soon be receiving documents to assess CNN's net worth, so they can argue before a jury just how big a penalty Young should receive," he continued. "The judge has also ordered a deposition for Jake Tapper, who will likely have to disclose his salary and contract negotiations.

Tapper's salary will be particularly interesting to now-former CNN employees who were let go during a recent round of cost-cutting headcount reductions. The network announced in July that roughly 100 staffers would be let go.

Gardner also reported that CNN's lawyer Charles Tobin "visibly bristled at the ruling" and told the judge that the Oct. 11 deadline to comply "upends" his plans.

foxnews.com

**12/21/2024 8:04 AM (Viewed 12/21/2024 8:08 AM)**

Kibby'S Cell (7722152560)



6:12

''For instance, if Plaintiffs had a
company they contracted with that
canceled the contract because of the
publications, the causation element of
that portion of lost income would come
from a lay witness from that company
saying it canceled because of the
publication as opposed to any expert,''
he continued. ''In this case, Mr. Buss
would be competent to perform a
calculation of lost profits or income.
And the items he looked at for this
purpose are generally the types of
information used to formulate such an
opinion. To some extent, his decision to
exclude certain items from the
calculation... would appropriately be
within his purview. Likewise, Mr. Buss
could reasonably opine regarding efforts
Plaintiffs made (or lack thereof) to
obtain work after the publications such
that they did not mitigate their
damages.''

foxnews.com

**12/21/2024 8:04 AM (Viewed 12/21/2024 8:08 AM)**

Kibby'S Cell (7722152560)



**12/16/2024 9:55 AM (Viewed 12/16/2024 12:42 PM)**

Kibby'S Cell (7722152560)

Christmas week may be a good time to reach out to Kim Fisher.
   If he's friendly he would make a great Expert witness.
See if he would be willing to help you on that aspect.
   John Brandon would be good too- maybe add one more if there's somebody with great experience and credentials.

**12/5/2024 2:37 PM (Viewed 12/5/2024 2:38 PM)**

Kibby'S Cell (7722152560)

Thanks

**12/5/2024 2:36 PM**

Dan Personal's iPhone (+13053940260)

Yes

**12/5/2024 2:31 PM (Viewed 12/5/2024 2:36 PM)**

Kibby'S Cell (7722152560)

Did you forward it again?

**12/5/2024 2:23 PM**
Dan Personal's iPhone (+13053940260)

> Richard, I forwarded you the would email. With attachment

**12/5/2024 2:16 PM (Viewed 12/5/2024 2:17 PM)**
Kibby'S Cell (7722152560)



Dan - I need copies ofvthe attachments indicated in this email-important

**12/4/2024 10:35 PM**

Kibby'S Cell (7722152560)



Here's an example.

**12/2/2024 7:15 PM**
Dan Personal's iPhone (+13053940260)

Just leaving you a message while it's on my mind

**12/2/2024 7:15 PM**
Dan Personal's iPhone (+13053940260)

RICHARD, what about the text message when Carl said that he would enjoy a good home game in Texas did we get that into anything. It kind of shows favoritism towards the justice system out there.

**11/27/2024 1:11 PM**
Dan Personal's iPhone (+13053940260)

Give me a call when you get a chance I got a thought about Kim Fisher

**11/25/2024 10:13 AM**
Dan Personal's iPhone (+13053940260)

Working on it now

**11/25/2024 10:13 AM**

Kibby'S Cell (7722152560)

Can you get him on and bring me in?

**11/25/2024 10:10 AM**
Dan Personal's iPhone (+13053940260)

Jack is ready when you are

**11/24/2024 1:00 PM**
Dan Personal's iPhone (+13053940260)

Ten four

**11/24/2024 11:56 AM (Viewed 11/24/2024 12:59 PM)**
Kibby'S Cell (7722152560)

No rush but tomorrow I'd like to send out a request to Carl to provide us copies of other service agreements or contracts with other salvors which would have had a provision to share recovered treasure.
  I need the names of the companies or individuals he screwed.

**11/21/2024 10:43 AM**
Dan Personal's iPhone (+13053940260)

johngmyers0104@gmail.com

**11/21/2024 10:43 AM**
Dan Personal's iPhone (+13053940260)

File attachment with MIME type: text/x-vcard

**11/21/2024 10:19 AM (Viewed 11/21/2024 10:20 AM)**
Kibby'S Cell (7722152560)

If Nassau has the AMMC records you may want to see if there is any record of AEX or Blue Water Ventures receiving any exploration or recovery permit for the Marivas site prior to MRR's involvement.
  Good luck at your meeting.

**11/20/2024 3:28 PM**
Dan Personal's iPhone (+13053940260)



**11/20/2024 3:27 PM**
Dan Personal's iPhone (+13053940260)



**11/20/2024 3:25 PM (Viewed 11/20/2024 3:26 PM)**

Kibby'S Cell (7722152560)

Love the last one.

**11/20/2024 3:25 PM**
Dan Personal's iPhone (+13053940260)

Did you ever advise Mr Porter to tell the lisensen holders "Rickie Darville and Curtis Johnson" of the wreck you made illegal recoveries from that you had fucked their mothers last night?

**11/20/2024 3:19 PM**
Dan Personal's iPhone (+13053940260)

Did he ever Amit to finding and recovering illegal treasure by text or picture.

**11/20/2024 3:18 PM**
Dan Personal's iPhone (+13053940260)

Did he or anyone with him send any pictures of his illegal recoveries form there

**11/20/2024 3:13 PM**
Dan Personal's iPhone (+13053940260)

Ask if he took an archeologist with him

**11/20/2024 3:13 PM**
Dan Personal's iPhone (+13053940260)

Vessel axis

**11/20/2024 3:12 PM**

Kibby'S Cell (7722152560)

Ok

**11/20/2024 3:12 PM**
Dan Personal's iPhone (+13053940260)

His divers

**11/20/2024 3:12 PM**
Dan Personal's iPhone (+13053940260)

Blue water was done at the end of 2019

**11/20/2024 3:12 PM**

Kibby'S Cell (7722152560)

Which divers did he use? No comoany?

**11/20/2024 3:12 PM**
Dan Personal's iPhone (+13053940260)

Carl did

**11/20/2024 3:11 PM**
Dan Personal's iPhone (+13053940260)

No

**11/20/2024 3:11 PM**

Kibby'S Cell (7722152560)

Blue water ventures- did they discover the coins of Mayaguana?

**11/20/2024 2:45 PM**
Dan Personal's iPhone (+13053940260)

Yes, Carl had it posted on Facebook somewhere and an articles

**11/20/2024 2:45 PM**

Kibby'S Cell (7722152560)

But did they recover anything for Carl?

**11/20/2024 2:44 PM**
Dan Personal's iPhone (+13053940260)

An expiration permit, not a recovery permit. You are not allowed to make recoveries without a recovery permit.

**11/20/2024 2:44 PM**

Kibby'S Cell (7722152560)

Did they have any permits in 2019, did they recover anything from the Marivas

**11/20/2024 2:43 PM**
Dan Personal's iPhone (+13053940260)

He asked me to go to Mayaguana after he returned in August 2023.

**11/20/2024 2:43 PM**
Dan Personal's iPhone (+13053940260)

He was working for Carl Allen

**11/20/2024 2:43 PM**
Dan Personal's iPhone (+13053940260)

Keith worked there in 2019

**11/20/2024 2:36 PM (Viewed 11/20/2024 2:42 PM)**

Kibby'S Cell (7722152560)

What year did Webb's group dive for Marivas treasure?
Did they recover anything- did Webb/Carl have proper permits?
What year did he ask you to go to Marsguana island?

**11/19/2024 9:52 AM**
Dan Personal's iPhone (+13053940260)



Yeah, and here's the caption Carl Allan posing with a gold and pearl ring that another Diver found

**11/19/2024 9:50 AM**

Kibby'S Cell (7722152560)

Reporter wants a pic of you and Carl- do you have one??

**11/18/2024 11:38 AM**
Dan Personal's iPhone (+13053940260)

> Let me try to find it. I'm almost back to the house now if I'm not mistaken, it was December 2021

**11/18/2024 10:34 AM (Viewed 11/18/2024 11:37 AM)**

Kibby'S Cell (7722152560)

Do you have the date of the Texas meeting Carl had with Spence?
Month, year??

**11/18/2024 9:48 AM (Viewed 11/18/2024 10:00 AM)**

Kibby'S Cell (7722152560)



Dan please redo these  answers and resend the photos with it

**11/18/2024 9:48 AM (Viewed 11/18/2024 10:00 AM)**

Kibby'S Cell (7722152560)



**11/15/2024 12:32 PM (Viewed 11/18/2024 10:00 AM)**

Kibby'S Cell (7722152560)

Making some corrections to our Motion: will call in 20

**11/15/2024 9:16 AM**

Kibby'S Cell (7722152560)



**11/15/2024 9:13 AM (Viewed 11/15/2024 9:16 AM)**

Kibby'S Cell (7722152560)



**11/14/2024 3:29 PM**

Dan Personal's iPhone (+13053940260)

I'm ready when you are

**11/14/2024 2:18 PM (Viewed 11/14/2024 2:19 PM)**

Kibby'S Cell (7722152560)

Dan please resend me Preston's email where he stated " we knew this was going to happen"

**11/14/2024 9:46 AM**

Kibby'S Cell (7722152560)

Ok

**11/14/2024 9:45 AM**

Dan Personal's iPhone (+13053940260)

It's loading now

**11/14/2024 9:44 AM (Viewed 11/14/2024 9:45 AM)**

Kibby'S Cell (7722152560)

It didn't come through- yet

**11/12/2024 8:19 AM (Viewed 11/12/2024 9:09 AM)**

Kibby'S Cell (7722152560)



**11/11/2024 1:08 PM**
Dan Personal's iPhone (+13053940260)

Call on WhatsApp if you can I'm gonna bring Art in

**11/11/2024 1:07 PM**

Kibby'S Cell (7722152560)

Will call in 10

**11/11/2024 10:40 AM**
Dan Personal's iPhone (+13053940260)

I'm gathering a lot of information for you too. I got some good things to talk to you about.

**11/11/2024 10:40 AM**

Kibby'S Cell (7722152560)

Ok- I'll give you a call

**11/11/2024 10:39 AM**
Dan Personal's iPhone (+13053940260)

Yes

**11/11/2024 10:36 AM (Viewed 11/11/2024 10:38 AM)**

Kibby'S Cell (7722152560)

Good morning-
   Are you available around one for a phone call?

**11/6/2024 1:19 PM**

Kibby'S Cell (7722152560)

What is approximate value of all items you have brought
up from wreck site, and what is your estimate on what still
remains to be found?

**11/6/2024 1:14 PM (Viewed 11/6/2024 1:19 PM)**

Kibby'S Cell (7722152560)

Reporter just texted.
Please prepare a statement.
Also send me several assorted pics of you, crew, and treasure

**11/6/2024 1:10 PM**
Dan Personal's iPhone (+13053940260)

Thank you

**11/6/2024 1:09 PM (Viewed 11/6/2024 1:10 PM)**

Kibby'S Cell (7722152560)

I spoke with him and told him what we needed; he said he was
going to call.
But you should call him;

**11/6/2024 1:08 PM**
Dan Personal's iPhone (+13053940260)

Hey RICHARD, did you get a hold of the investigator? I haven't
tried yet. Just wanted to know if you touch base before I call.

**11/5/2024 1:37 PM**
Dan Personal's iPhone (+13053940260)

Hey RICHARD, give me a call if you can please or when you can

**10/31/2024 12:16 PM**
Dan Personal's iPhone (+13053940260)

I'm on standby

**10/31/2024 11:19 AM (Viewed 10/31/2024 11:33 AM)**

Kibby'S Cell (7722152560)

12

**10/31/2024 11:19 AM (Viewed 10/31/2024 11:33 AM)**

Kibby'S Cell (7722152560)

Will be after 11

**10/31/2024 11:01 AM**
Dan Personal's iPhone (+13053940260)

Richard, I'm free if you wanna call

**10/31/2024 10:23 AM (Viewed 10/31/2024 10:42 AM)**
Kibby'S Cell (7722152560)

Let's shoot for after 12

**10/31/2024 10:21 AM**
Dan Personal's iPhone (+13053940260)

I'm in an appointment right now. Then another at 11:00. I might have a couple before 11:00 or after 12:00.

**10/31/2024 10:17 AM (Viewed 10/31/2024 10:18 AM)**
Kibby'S Cell (7722152560)

Dan- will you be available for a quick call around 11??

**10/29/2024 10:04 PM**
Dan Personal's iPhone (+13053940260)

Dan

Can you pass on to our lawyers my concern about wording in the affidavit that says that we assumed that David C was working for us as well as Allen
He was never " working for us " in the true sense of the wording. Rather we were accepting his advice and guidance but we never officially engaged him nor ever pay fees to him so I think the wording in the affidavit is misleading and Inthink David will be quick to jump on that and I think he would win in any dispute on that phrasing
In making affidavits I prefer things to be exactly factual.

Mike

**10/29/2024 4:55 PM**
Dan Personal's iPhone (+13053940260)

We'll make it happen

**10/29/2024 4:55 PM**
Kibby'S Cell (7722152560)

Great- we really want to file this tomorrow morning- so if he can email both today that would be perfect

**10/29/2024 4:52 PM**
Dan Personal's iPhone (+13053940260)

RICHARD, he is going to send you one signed and then he's going to get it certified and a couple hours and send it again so whatever works but he's gonna do both

**10/29/2024 3:26 PM (Viewed 10/29/2024 4:51 PM)**

Kibby'S Cell (7722152560)

He needs it notarized but send what you can even if he has to keep trying

**10/29/2024 3:08 PM**
Dan Personal's iPhone (+13053940260)

It'll be about an hour and a half before I can get a hold of him. If he doesn't have it notarized or verified, whatever you wanna call it I'll have them sign it and send it anyway.

**10/29/2024 3:03 PM (Viewed 10/29/2024 3:08 PM)**

Kibby'S Cell (7722152560)

Any word on Mike's affidavit?

**10/29/2024 12:25 PM**
Dan Personal's iPhone (+13053940260)

I am still working  if

**10/29/2024 12:25 PM**

Kibby'S Cell (7722152560)

We will try to use as is

**10/29/2024 12:12 PM**
Dan Personal's iPhone (+13053940260)



Man, I'm still trying to get you a good Scan printer is driving me crazy

**10/29/2024 12:12 PM**
Dan Personal's iPhone (+13053940260)



**10/29/2024 10:52 AM (Viewed 10/29/2024 10:53 AM)**

Kibby'S Cell (7722152560)

Good morning-
Please give me a call when you get a chance.

**10/26/2024 1:06 PM**
Dan Personal's iPhone (+13053940260)

Yep on standby

**10/26/2024 1:06 PM**

Kibby'S Cell (7722152560)

Will call in 25 minutes

**10/22/2024 3:29 PM**

Kibby'S Cell (7722152560)

Ok

**10/22/2024 3:28 PM**
Dan Personal's iPhone (+13053940260)

All the bank accounts, my personal and Ocean recovery are at the Palm city address

**10/22/2024 3:28 PM**
Dan Personal's iPhone (+13053940260)

Correction, my drivers license is at my dad's house in Fort Pierce.

**10/22/2024 3:27 PM**
Dan Personal's iPhone (+13053940260)

My drivers license is at that address. I don't want any property anywhere. My daughter is the office manager for the

company at that address and that's where our bookkeeping is conducted and all my business calls back-and-forth with her.

**10/22/2024 3:26 PM**

Kibby'S Cell (7722152560)

Also questions about your " residence" will soon come up. Are you still listed on Drivers license in Palm City? Own property in Fla, conduct any business here??

**10/22/2024 3:25 PM**

Kibby'S Cell (7722152560)

Ok!

**10/22/2024 3:25 PM**
Dan Personal's iPhone (+13053940260)

He won't be

**10/22/2024 3:25 PM**

Kibby'S Cell (7722152560)

Ok I will call him- hope he is cooperative.

**10/22/2024 3:24 PM**
Dan Personal's iPhone (+13053940260)

Kenton Dickerson

+1 (772) 812-3788

He was my crew, chief and captain of one of my boats. Now he's Carl's operations manager.

**10/22/2024 3:21 PM**

Kibby'S Cell (7722152560)

Can you text me names of any other diver/ company owner that had meetings with Carl at Mom's house- and their phone numbers if you have them.

**10/22/2024 2:35 PM**

Kibby'S Cell (7722152560)

Don't need it; I'm just going to list his name

**10/22/2024 2:35 PM**
Dan Personal's iPhone (+13053940260)

Mike Mcdowell's is Sydney Australia, but I will have to get the physical address from him. I can't do that till about 4:30.

**10/22/2024 2:34 PM**
Dan Personal's iPhone (+13053940260)

MRR

4458 SW 83rd St

Palm City, FL  34990
United States

**10/22/2024 2:33 PM**
Dan Personal's iPhone (+13053940260)

Art's
14267 Leeward Way
Palm Beach Garden FL 33410

**10/22/2024 2:32 PM (Viewed 10/22/2024 2:33 PM)**

Kibby'S Cell (7722152560)

Can you shoot me Michael's address and Art's?

**10/22/2024 2:32 PM**
Dan Personal's iPhone (+13053940260)

Yes

**10/22/2024 2:31 PM (Viewed 10/22/2024 2:32 PM)**

Kibby'S Cell (7722152560)

Dan we need to state MRR's principle place of business- that would be your daughters address?
Can you text that to me?

**10/22/2024 1:30 PM**
Dan Personal's iPhone (+13053940260)



**10/22/2024 11:38 AM**
Dan Personal's iPhone (+13053940260)

The servers name was a guy named Michael Pizzio and he was there curious gonna send me a picture of his business card

**10/22/2024 8:42 AM**
Dan Personal's iPhone (+13053940260)

> RICHARD, I am on standby. Let me know what you need me to be working on.

**10/21/2024 12:12 PM**

Kibby'S Cell (7722152560)

Great meeting-
   Please pull every email sent/received by you regarding working with Carl on this project from the initial date you met Carl in Nassau .
   Also talk with your partners regarding their discussions with Concannon relating to this project- including the termination dispute

**10/21/2024 10:20 AM**

Kibby'S Cell (7722152560)

Yes- we will call you

**10/21/2024 10:20 AM**
Dan Personal's iPhone (+13053940260)

> We still on for 1030

**10/17/2024 1:14 PM**
Dan Personal's iPhone (+13053940260)

> Sounds good thanks

**10/17/2024 1:14 PM**

Kibby'S Cell (7722152560)

Monday at 10:30 for phone conference

**10/17/2024 9:53 AM**
Dan Personal's iPhone (+13053940260)

> 

**10/17/2024 9:50 AM (Viewed 10/17/2024 9:52 AM)**

Kibby'S Cell (7722152560)

I will call in about a half hour

**10/17/2024 9:49 AM**
Dan Personal's iPhone (+13053940260)

> If you've got about two or three minutes for a phone call today to set up scheduling would be great

**10/17/2024 9:49 AM**
Dan Personal's iPhone (+13053940260)

> Rich RICHARD tomorrow I have a group from the government coming to my house to inspect the boats.

**10/17/2024 9:39 AM (Viewed 10/17/2024 9:49 AM)**

Kibby'S Cell (7722152560)

Good morning-
I will be working at office most of tomorrow, and Monday.
Let me know best times to talk.

**10/14/2024 7:20 PM**
Dan Personal's iPhone (+13053940260)



**10/14/2024 7:20 PM**

Kibby'S Cell (7722152560)

Will call in morning

**10/14/2024 7:18 PM**
Dan Personal's iPhone (+13053940260)

No big deal let's talk in the morning if we can thanks, Richard

**10/14/2024 7:14 PM**
Dan Personal's iPhone (+13053940260)

RICHARD, you got two minutes for a call

**10/11/2024 1:35 PM**

Kibby'S Cell (7722152560)

Will call in a minute;

**10/11/2024 1:34 PM**
Dan Personal's iPhone (+13053940260)

Are we still on Richard?

**10/7/2024 2:13 PM**
Dan Personal's iPhone (+13053940260)

Hey Richard, can you give me a call please?

**10/5/2024 7:49 PM**
Dan Personal's iPhone (+13053940260)

I'll call you mid morning tomorrow

**10/5/2024 4:47 PM**
Dan Personal's iPhone (+13053940260)

On the phone with them now

**10/5/2024 4:46 PM**

Kibby'S Cell (7722152560)

Ok

**10/5/2024 4:12 PM**
Dan Personal's iPhone (+13053940260)

Richard Art and Mike and I have a call in about 20 minutes.
And will set up a time then.

**10/5/2024 12:58 PM**

Kibby'S Cell (7722152560)

Did you guys come up with a day & time to talk?

**10/4/2024 12:31 PM**
Dan Personal's iPhone (+13053940260)

👍

**10/4/2024 12:30 PM**

Kibby'S Cell (7722152560)

Ok- my partner is getting anxious about getting agreement and the $40k.
    Thanks for pushing to get us on the same page

**10/4/2024 12:21 PM**
Dan Personal's iPhone (+13053940260)

Yes, I'm working on Saturday afternoon. I have a call with Art and Mike tonight at 4 o'clock.

**10/4/2024 12:20 PM**

Kibby'S Cell (7722152560)

Dan- do we have potential days/times for our phone conference?

**10/3/2024 1:28 PM**

Kibby'S Cell (7722152560)

Yes

**10/3/2024 1:14 PM**
Dan Personal's iPhone (+13053940260)

Call you just a couple minutes?

**10/3/2024 12:09 PM (Viewed 10/3/2024 1:13 PM)**

Kibby'S Cell (7722152560)

Hi Dan- can you give me a call ?
Thanks

**10/2/2024 2:22 PM (Viewed 10/2/2024 2:23 PM)**

Kibby'S Cell (7722152560)

Ok

**10/2/2024 1:56 PM**
Dan Personal's iPhone (+13053940260)

RICHARD, I am on site today be back tonight. Mike Mcdowell will be back in Australia tonight so we're trying for tomorrow.

**10/2/2024 11:24 AM (Viewed 10/2/2024 1:56 PM)**

Kibby'S Cell (7722152560)

Dan- Do we have potential dates for a conference call?

Any update on timing for the $40K fee payment??
Thanks for making it happen.

**9/30/2024 1:18 PM**
Dan Personal's iPhone (+13053940260)

If I am not mistaken, Preston lives in California. But he has an apartment in Dallas.

**9/30/2024 1:16 PM (Viewed 9/30/2024 1:17 PM)**

Kibby'S Cell (7722152560)

Just in from our Dallas process server:

There's only one Preston Paine in the Dallas area, and that is a Thomas Preston Paine. From the limited records I've reviewed, it looks like he dropped his first name on everything but what is immediately traceable to his PII. I have a home address to try, and am working on it.

**9/30/2024 1:02 PM**
Dan Personal's iPhone (+13053940260)

Yes

**9/30/2024 12:58 PM (Viewed 9/30/2024 1:02 PM)**

Kibby'S Cell (7722152560)

Thanks for update.
   While working on the fee agreement it would take some pressure off if the $40K portion of it was paid this week.
   Can you talk with Mike and Art on that one?

**9/30/2024 12:36 PM**
Dan Personal's iPhone (+13053940260)

Carl might be on the Gigi

**9/30/2024 12:35 PM**
Dan Personal's iPhone (+13053940260)

I really can't tell where that is

**9/30/2024 12:35 PM**
Dan Personal's iPhone (+13053940260)

The sport Fish Frigate I do not think is at the house

**9/30/2024 12:33 PM**
Dan Personal's iPhone (+13053940260)

It looks like the GG is on the way to the Bahamas right now

**9/30/2024 12:31 PM**

Kibby'S Cell (7722152560)

Dan- is Carl still in Stuart??

**9/29/2024 10:51 AM**

Kibby'S Cell (7722152560)

Great

**9/29/2024 10:51 AM**
Dan Personal's iPhone (+13053940260)

Yeah, I'm in Nassau right now meetings this afternoon. Art is back from Europe and him and Mike and I will talk tonight.

**9/29/2024 10:50 AM**

Kibby'S Cell (7722152560)

Good morning-
  No news at my end.
  I think things may heat up this week
  Please confirm  Fee Agreement is fine— we need it signed and payment sent.
  Let's talk in morning.

**9/25/2024 4:38 PM**
Dan Personal's iPhone (+13053940260)

File attachment with MIME type: text/x-vcard

**9/25/2024 11:38 AM**
Dan Personal's iPhone (+13053940260)

Hey Richard, call me when you can

**9/24/2024 4:53 PM**

Kibby'S Cell (7722152560)

Ok- call to see if I can add a call
Let me test call you

**9/24/2024 4:51 PM**
Dan Personal's iPhone (+13053940260)

Five minutes on WhatsApp

**9/24/2024 4:50 PM**

Kibby'S Cell (7722152560)

Yes- we are ready- call

**9/24/2024 4:43 PM**
Dan Personal's iPhone (+13053940260)

Do you want me to try to get my partner on the line? Are you guys ready?

**9/23/2024 2:26 PM**
Dan Personal's iPhone (+13053940260)

👍

**9/23/2024 2:26 PM**

Kibby'S Cell (7722152560)

Yes

**9/23/2024 2:25 PM**
Dan Personal's iPhone (+13053940260)

RICHARD, how about late tomorrow afternoon? I think I can at least get Mike Mcdowell on. 430 5 o'clock our time.

**9/23/2024 11:33 AM**

Kibby'S Cell (7722152560)

Tomorrow works best- preferably afternoon

**9/23/2024 11:32 AM**
Dan Personal's iPhone (+13053940260)

I have Art in Switzerland

**9/23/2024 11:17 AM**
Dan Personal's iPhone (+13053940260)

I'm trying to touch base with them now

**9/23/2024 11:16 AM (Viewed 9/23/2024 11:17 AM)**
Kibby'S Cell (7722152560)

Give me a couple of time options and I will check

**9/23/2024 11:14 AM**
Dan Personal's iPhone (+13053940260)

Yes sir. Morning would be best I Believe.

**9/23/2024 11:12 AM**

Kibby'S Cell (7722152560)

Dan- can you get your Partners on a phone conference tomorrow afternoon?

**9/21/2024 12:00 PM (Viewed 9/21/2024 6:11 PM)**
Kibby'S Cell (7722152560)

Call for an update-

**9/21/2024 11:54 AM (Viewed 9/21/2024 6:11 PM)**

Kibby'S Cell (7722152560)



Process Server is at the house! Is this Carl's boat??

**9/21/2024 9:36 AM**

Dan Personal's iPhone (+13053940260)

I have someone trying to get me info on their where abouts

**9/21/2024 9:32 AM (Viewed 9/21/2024 9:33 AM)**

Kibby'S Cell (7722152560)

I saw a big boat there

**9/21/2024 8:35 AM**

Dan Personal's iPhone (+13053940260)

I think Carl is in Stuart for a couple days. I'm trying to get confirmation on it now.

**9/20/2024 10:55 AM**

Dan Personal's iPhone (+13053940260)

Carls vessel Gigi. Just got back to Palm beach so there's a pretty good chance he'll be at his mom's house

**9/18/2024 4:47 PM**

Kibby'S Cell (7722152560)

Ok

**9/18/2024 4:47 PM**
Dan Personal's iPhone (+13053940260)

Great I will fill in Art and Mike Mcdowell. If I'm not mistaken, Preston has a apartment in Dallas. But I believe he's based out of California. I'll try to do some research.

**9/18/2024 4:45 PM (Viewed 9/18/2024 4:46 PM)**

Kibby'S Cell (7722152560)

Just spoke with private investigator Dave Scafer of Dallas Texas. He seems very experienced at these sorts of things. He has both Summons, and the lawsuit and will begin attempting to serve on Carl's office staff or Preston Paine. Things are starting to move!

**9/18/2024 11:44 AM (Viewed 9/18/2024 11:58 AM)**

Kibby'S Cell (7722152560)

Ok- let's check in around 2??

**9/18/2024 11:33 AM**
Dan Personal's iPhone (+13053940260)

No big news on my end waiting on stuff today

**9/18/2024 11:33 AM**
Dan Personal's iPhone (+13053940260)

Hey RICHARD, I'm trying to set up a call with you and Mike Mcdowell probably around 2 o'clock our time if that doesn't work, we can do it later this evening as well

**9/17/2024 9:25 AM (Viewed 9/17/2024 9:26 AM)**

Kibby'S Cell (7722152560)

Ok- we are sending the lawsuit out to Texas to be served; but probably no one is at their registered address. If they are absent we can use the Secretary of State to serve/accept service.
  Kinda technical but doable

**9/17/2024 9:21 AM**
Dan Personal's iPhone (+13053940260)

He would probably be meeting with that guy today

**9/17/2024 9:21 AM**
Dan Personal's iPhone (+13053940260)

This is Carl's lawyer at handling the HOA. I believe Carl is in Freeport now.

**9/17/2024 9:14 AM**
Dan Personal's iPhone (+13053940260)

File attachment with MIME type: text/x-vcard

**9/13/2024 7:55 PM**

Kibby'S Cell (7722152560)

Yes

**9/13/2024 7:54 PM**
Dan Personal's iPhone (+13053940260)

Ten four can you take a call now

**9/13/2024 7:43 PM**

Kibby'S Cell (7722152560)

Legal Advice:
  Do NOT put anything in writing- text or email with anyone about this case- the other side will de able to get a copy by court order.

**9/13/2024 11:27 AM**
Dan Personal's iPhone (+13053940260)

Check in when you can. No big rush

**9/12/2024 9:34 AM**
Dan Personal's iPhone (+13053940260)

👍

**9/12/2024 9:34 AM**

Kibby'S Cell (7722152560)

I'll call u right back

**9/11/2024 11:07 AM (Viewed 9/11/2024 12:21 PM)**

Kibby'S Cell (7722152560)

It's filed!
Check email for cover sheet

**9/11/2024 10:34 AM**
Dan Personal's iPhone (+13053940260)

They are reviewing the HOA's as we speak

**9/11/2024 10:30 AM (Viewed 9/11/2024 10:34 AM)**

Kibby'S Cell (7722152560)

Copy will go to you asap

**9/11/2024 10:30 AM (Viewed 9/11/2024 10:34 AM)**

Kibby'S Cell (7722152560)

Making final edits - should have it filed before 11

**9/11/2024 9:36 AM**

Kibby'S Cell (7722152560)

Sent

**9/11/2024 9:33 AM (Viewed 9/11/2024 9:36 AM)**

Kibby'S Cell (7722152560)

Your draft copy is being emailed right now

**9/11/2024 9:17 AM (Viewed 9/11/2024 9:36 AM)**

Kibby'S Cell (7722152560)

It's lengthy and detailed

**9/11/2024 9:12 AM (Viewed 9/11/2024 9:36 AM)**

Kibby'S Cell (7722152560)

Coming in just a few minutes

**9/11/2024 9:11 AM**
Dan Personal's iPhone (+13053940260)

For

**9/11/2024 9:11 AM**
Dan Personal's iPhone (+13053940260)

Looking fo it

**9/11/2024 7:58 AM**
Dan Personal's iPhone (+13053940260)

Fort Pierce

**9/11/2024 7:56 AM (Viewed 9/11/2024 7:58 AM)**

Kibby'S Cell (7722152560)

Dan- where were you born?

**9/11/2024 6:07 AM**
Dan Personal's iPhone (+13053940260)

Our name on this spreadsheet for 2920 division is DP

**9/11/2024 6:07 AM**
Dan Personal's iPhone (+13053940260)



**9/11/2024 6:06 AM**
Dan Personal's iPhone (+13053940260)

The date of the division for year 2020 was August 27, 2021

Total find value  1.36m

Our percentage received 29.74%
$407,125.00

**9/11/2024 5:54 AM**
Dan Personal's iPhone (+13053940260)

Genovese 1669

**9/11/2024 5:18 AM (Viewed 9/11/2024 5:53 AM)**
Kibby'S Cell (7722152560)

Good morning-
The initial 2020 division of artifacts occurred in what year?
 What was value of MRR's share?

**9/10/2024 11:01 PM**
Dan Personal's iPhone (+13053940260)

What year was the recovery permit obtained for the wreck site?
2020


How many trips do you think your crews made from 2021 to
 present at the site?
100+

What is the current gross value of the two divisions that are eligible to be split now?10+

How many prior divisions have been made to MRR- years??

1 for 2020

What month was final meeting with Allen in Sailfish
July 9

**9/10/2024 10:56 PM**

Kibby'S Cell (7722152560)

What year was the recovery permit obtained for the wreck site?
How many trips do you think your crews made from 2021 to present at the site?
What is the current gross value of the two divisions that are eligible to be split now?
How many prior divisions have been made to MRR- years??
What month was final meeting with Allen in Sailfish

**9/10/2024 8:18 PM**

Kibby'S Cell (7722152560)

In today's dollars what is the estimate of the value of the gold and silver the Marav  originally sail with?

**9/10/2024 8:18 PM**

Dan Personal's iPhone (+13053940260)

1999

**9/10/2024 8:17 PM**

Kibby'S Cell (7722152560)

When approx did the Bahamian gov stop salvage operations on this wreck

**9/10/2024 7:40 PM**

Dan Personal's iPhone (+13053940260)

Yes

**9/10/2024 7:40 PM**

Kibby'S Cell (7722152560)

So currently it shows the palm city address?

**9/10/2024 7:36 PM**

Dan Personal's iPhone (+13053940260)

It changed to my new address in Palm city and 22 because of my dad's age.

4458 SE 83 street
Palm City, Fl 34990

**9/10/2024 7:17 PM**
Dan Personal's iPhone (+13053940260)

It's a Delaware LLC. Let me check the physical address.

**9/10/2024 7:16 PM**

Kibby'S Cell (7722152560)

When/why did address change from Ft Pierce to Delaware?

**9/10/2024 7:16 PM**
Dan Personal's iPhone (+13053940260)

Delaware

**9/10/2024 7:08 PM**
Dan Personal's iPhone (+13053940260)

Let me double check

**9/10/2024 7:08 PM**

Kibby'S Cell (7722152560)

For MRR what is current address of Corp?

**9/10/2024 4:02 PM (Viewed 9/10/2024 5:13 PM)**

Kibby'S Cell (7722152560)

👍

**9/10/2024 4:01 PM**
Dan Personal's iPhone (+13053940260)

I'm here, no rush. I'm just checking in.

**9/10/2024 4:01 PM**

Kibby'S Cell (7722152560)

It will be closer to 4:15a- sorry

**9/10/2024 2:57 PM**
Dan Personal's iPhone (+13053940260)

Yep thanks

**9/10/2024 2:57 PM**

Kibby'S Cell (7722152560)

Dan - tied up until 4.  Will call you then

**9/10/2024 12:39 PM**

Kibby'S Cell (7722152560)

I see the list of email recipients

**9/10/2024 12:29 PM**

Kibby'S Cell (7722152560)

Got it

43

**9/10/2024 12:28 PM**
Dan Personal's iPhone (+13053940260)

> I'm gonna be out of the office for an hour, but when I get back, I'm directly on it

**9/10/2024 12:27 PM (Viewed 9/10/2024 12:28 PM)**
Kibby'S Cell (7722152560)

Please focus on the one possibly in Stuart- big issue

**9/10/2024 12:26 PM**
Dan Personal's iPhone (+13053940260)

> I can't say for sure I'll have to look through my emails and timing. The one in December I'm gonna say Carl was probably in Texas and the other one I'm gonna say he was in Stuart because it was before he came here for the season.

**9/10/2024 12:24 PM**
Kibby'S Cell (7722152560)

Do you know where Carl was?

**9/10/2024 12:24 PM**
Kibby'S Cell (7722152560)

Where were you when you sent them?

**9/10/2024 12:24 PM**
Dan Personal's iPhone (+13053940260)

> Yes, both

**9/10/2024 12:23 PM**
Kibby'S Cell (7722152560)

Was Carl on the list of email recipients?

**9/10/2024 12:22 PM (Viewed 9/10/2024 12:23 PM)**
Kibby'S Cell (7722152560)

Which emails?

**9/10/2024 12:21 PM**
Dan Personal's iPhone (+13053940260)

> I delivered them by email to the people attached to the emails that I sent you

**9/10/2024 12:21 PM**
Kibby'S Cell (7722152560)

Where and when and to whom did you send/deliver operational plan??

**9/10/2024 12:20 PM (Viewed 9/10/2024 12:21 PM)**
Kibby'S Cell (7722152560)

Got two emails- operational plan and Genovese docs

**9/10/2024 12:16 PM**

Kibby'S Cell (7722152560)

Yes- looking at it now

**9/10/2024 12:13 PM**
Dan Personal's iPhone (+13053940260)

Did you get the dropbox

**9/10/2024 12:13 PM**

Kibby'S Cell (7722152560)



**9/10/2024 12:12 PM**
Dan Personal's iPhone (+13053940260)

Usually from spring through fall months at a time

**9/10/2024 12:11 PM (Viewed 9/10/2024 12:12 PM)**

Kibby'S Cell (7722152560)

In general when Carl visits his Mom how long does he stay?

**9/10/2024 12:07 PM**

Kibby'S Cell (7722152560)

Ok-When and where did you deliver operation manual for future- and who did you give-send it to??

**9/10/2024 12:05 PM (Delivered 9/10/2024 12:06 PM)**
Dan Personal's iPhone (+13053940260)

Yes

**9/10/2024 12:05 PM**

Kibby'S Cell (7722152560)

Was Carl at each meeting?

**9/10/2024 12:05 PM**
Dan Personal's iPhone (+13053940260)

Yes

**9/10/2024 12:04 PM**

Kibby'S Cell (7722152560)

We're all Walgreen meetings after the termination letter?

**9/10/2024 12:04 PM**
Dan Personal's iPhone (+13053940260)

Yes

**9/10/2024 12:03 PM (Viewed 9/10/2024 12:04 PM)**

Kibby'S Cell (7722152560)

Operations- do you mean general plan of where to dive, when to dive and how it will be conducted?

**9/10/2024 12:02 PM**
Dan Personal's iPhone (+13053940260)

All dealt with operations vessels and personnel

**9/10/2024 12:02 PM**

Kibby'S Cell (7722152560)

Meetings at Walgreens house:
What was general purpose and discussions in each meeting?

**9/10/2024 12:00 PM**
Dan Personal's iPhone (+13053940260)

The attendance and termination letter were received and signed at my house in Freeport

**9/10/2024 12:00 PM**
Dan Personal's iPhone (+13053940260)

Richard, I signed the original agreement and Fort Pierce when I was living on the sea reaper

**9/10/2024 11:52 AM**

Kibby'S Cell (7722152560)

Did Carl or any of his people call with you by phone or text while at your daughter's home?

**9/10/2024 11:50 AM (Viewed 9/10/2024 11:52 AM)**

Kibby'S Cell (7722152560)

What exactly did you receive or sign at your daughter's house??

**9/10/2024 11:44 AM**
Dan Personal's iPhone (+13053940260)

The amendments and termination letter was at my house here in the Bahamas

**9/10/2024 11:43 AM**
Dan Personal's iPhone (+13053940260)

At my daughters house

**9/10/2024 11:43 AM**
Dan Personal's iPhone (+13053940260)

Stuart

**9/10/2024 11:43 AM**

Kibby'S Cell (7722152560)

Where were you when you received them or signed both?

**9/10/2024 11:42 AM**
Dan Personal's iPhone (+13053940260)

Electronically

**9/10/2024 11:42 AM**

Kibby'S Cell (7722152560)

Where were the Service Agreements signed?
Where was the amendments made and initialed?
Florida? Or????

**9/10/2024 11:14 AM**
Dan Personal's iPhone (+13053940260)

Call me back when you can

**9/10/2024 11:11 AM (Viewed 9/10/2024 11:12 AM)**

Kibby'S Cell (7722152560)



Good news- Ribbon cutting looks like it was a year after termination letter?

**9/10/2024 8:38 AM**
Dan Personal's iPhone (+13053940260)

Great

**9/10/2024 8:38 AM**

Kibby'S Cell (7722152560)

Yes- let's try Dropbox

**9/10/2024 8:21 AM**
Dan Personal's iPhone (+13053940260)

I'm sorry, not WhatsApp but dropbox

**9/10/2024 8:20 AM**
Dan Personal's iPhone (+13053940260)

I put together pretty good file of stuff

**9/10/2024 8:20 AM**
Dan Personal's iPhone (+13053940260)

Hey good morning Richard, do you use WhatsApp?

**9/9/2024 2:04 PM**
Dan Personal's iPhone (+13053940260)

305-394-0260. I forgot earlier.

**9/6/2024 9:28 AM**

Kibby'S Cell (7722152560)

Be glad to give it a look

**9/6/2024 9:28 AM**
Dan Personal's iPhone (+13053940260)

👍 thanks Richard

**9/6/2024 9:27 AM**

Kibby'S Cell (7722152560)

Kibbeylegal @gmail.com

**9/6/2024 8:22 AM**
Dan Personal's iPhone (+13053940260)

Hey RICHARD, what is your email address? I'm sending you a couple of agreements with Carl. I just wanna make sure they go to the right place.

293 total messages and 35 total images.