EXHIBIT B

[9/5/24, 9:06:51 AM] Art The man, Carl Allen, Mike Mcdowell & Preston: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.

[9/5/24, 9:06:51 AM] Art The man, Carl Allen, Mike Mcdowell & Preston: You created this group

[9/5/24, 9:21:21 AM] Dan Porter: Carl as per your threat. A couple things I need to point out first we never have had a signed charter agreement which we attempted yesterday. After discussing with Preston, the percentage split of 21 and 22 I told Preston that I was going to have to run this up the ladder, and that the whole deal was not acceptable. Mike and Art are the majority members and vessel owners .I have to talk to Mike McDowell and Art about this situation. We have also never had a formal offer on the division, and you guys agreed to pay the balance of your past due bills. before we even started this. I told Preston that I was doing this to show good faith on my side. You guys would pay your rears to show good faith on your side. I hope we can work this out and have an equitable split and walk away as friends. Art will call Preston early this afternoon to discuss further. I might suggest a conference call with Mike Mcdowell and Art later this evening as Mike is in Australia.

[9/5/24, 9:25:39 AM] Carl Allen: Sure. Obviously you have had plenty of time to talk to your partners. Tell Art do bother calling Preston I'm the decision maker here.
Deal is off.
I have other plans

[9/5/24, 9:40:52 AM] Dan Porter: Really Sorry to hear that and I wish you guys the best of luck.

[9/5/24, 9:49:31 AM] Carl Allen: Copy that

[9/5/24, 11:33:09 AM] Art The man Art: Carl
I'm sorry that you have been misinformed regarding the charter agreement. It was never completed (not signed).  As a business man, I'm sure you understand a deal isn't complete until it is signed by both parties and all side conditions must be met.
I was contacted by Preston several weeks ago with him asking If I would charter two boats to AEX. My answer was Yes, BUT only after two issues were resolved. With the resolution of these issues, both companies could start with a clean slate.
First issue is all monies owed by AEX had to be paid for past charters and expenses.
Second issue is that the divisions were to be completed as per our agreement.
As of today, neither issue has been completed.
Therefore, there is  no agreement for the charter of the boats.
It is unfortunate if you were not informed of the side conditions for the charter. A lot of effort went into the charter agreement, but nothing was done to resolve the main issues.
Now we have come to a point where our previous business arrangements are not completed.
We are now considering our options in how to get these issues resolved.  You presented a revised division format that is unacceptable to us. There is NO mention of a foundation in or original agreement. Therefore, we do not acknowledge it as part of our agreement.
In business, as you well know, we must live by the content of an agreement. If one party decides to make changes, it must be agreed upon by all parties and put in writing with signatures.
This has been prolonged longer than I wanted, but, as I stated earlier, you were not fully informed by your people about All the conditions for the charter.
Communication is key in all deals.
I'll be in touch with you in regard to resolving the above mentioned issues as soon as we explore our options.

[9/5/24, 4:46:30 PM] Carl Allen: Thank you Art. Call me anytime because before you explore options there are things you need to know.

[9/7/24, 7:56:52 AM] Mike Mcdowell: Good morning there Carl

Night time down here in Sydney

I wanted to throw in that I am following the current situation closely and I have just got off a call with Art and Dan as we discuss all matters and we like to move forward with a mutual consensus between we three as we are by far the majority of membership in MRR and we are the only three members in the two LLCs that own the vessels .

Art is the most appropriate of the three of us to continue any further discussions and clarifications with you at your discretion of course. Art has our confidence and he will advise us of any developments or suggestions if there can be mutual movement forward .

He is very focussed on keeping us updated along the way

Let's see if we can make it work

Have a good Saturday there

Regards
Mike McDowell

[9/7/24, 9:03:32 AM] Carl Allen: Thank you Mike. Had a good conversation with Art yesterday we are due to speak again this Morning.
Hope things are well down under!

[9/7/24, 11:22:15 AM] Art The man Art: Carl to futher our conversation I just looked up the 21/22 dividision. You were going to get the big chain in tack, if there are other items you desire we can do some trading from 2020 dividision. As long as the total points add up.
Secondly if you want retribution from Dan. What is it you want.

[9/8/24, 11:00:16 AM] Carl Allen: Art,
Allen X has decided to use its own assets moving forward and will not need to charter your vessels.
I usually don't even think about the word lawyer until last resort. But since you mentioned lawyers four times in two phone calls now I decided to consult my Legal Teams in Dallas and Austin. After a lengthy conversation one thing we find interesting. In over three years of termination not one word of protest at all of the letter. You may want to check Texas Law on that one while weighing your options in this case.
It's now been decided to not offer any deals at all now and as you have said several times, maybe it's time that other people than us make this decision.
We do love a good Home Game.