EXHIBIT C

**Messages exported from: Dan Personal's iPhone (+13053940260, dporter@bwvkw.com)**
**With: Rob barfeild (7707782528)**
PDF generated on 1/4/2025 using Decipher TextMessage

**6/29/2024 11:34 AM**
Dan Personal's iPhone (+13053940260)



https://whatsapp.com/dl/
(Sent with URL)

**6/29/2024 11:33 AM**
Dan Personal's iPhone (+13053940260)

Hey! Join my group "MRR group" on WhatsApp.

**6/25/2024 11:58 AM**
Dan Personal's iPhone (+13053940260)

We have five dig boats and a survey operation going on right now..

**6/25/2024 11:58 AM**
Dan Personal's iPhone (+13053940260)

👍 sounds good

**6/25/2024 10:17 AM (Viewed 6/25/2024 11:57 AM)**
Rob barfeild (7707782528)

Dan. I'm taking my son on his graduation trip the first week of July. My wife's 60th is the 11th. I plan to leave to head your way Monday the 15. I'll stay for 3 weeks

**6/18/2024 1:29 PM (Viewed 6/18/2024 1:31 PM)**
Rob barfeild (7707782528)

Just got back from Philly yesterday. Give me a call when free

**6/17/2024 5:23 PM**
Dan Personal's iPhone (+13053940260)

Hey buddy, are you done with vacation yet?.

**6/6/2024 12:23 PM**
Dan Personal's iPhone (dporter@bwvkw.com)

Give me a call when you get a chance

**6/6/2024 12:03 PM (Viewed 6/6/2024 12:23 PM)**
Rob barfeild (7707782528)

Little silver bar awesome

1

**6/6/2024 11:05 AM**
Dan Personal's iPhone (dporter@bwvkw.com)



**5/31/2024 7:21 AM**
Dan Personal's iPhone (dporter@bwvkw.com)

Give me a call when you can.

**5/26/2024 4:52 PM**
Dan Personal's iPhone (dporter@bwvkw.com)

Great sounds good

**5/26/2024 4:52 PM**
Rob barfeild (7707782528)

I'll touch base next week.  And will have a plan put together on time line.

**5/26/2024 4:51 PM**
Dan Personal's iPhone (dporter@bwvkw.com)

It's  pretty nice stay in touch with me

**5/26/2024 4:50 PM**
Dan Personal's iPhone (dporter@bwvkw.com)

Ten four

**5/26/2024 4:50 PM**

Rob barfeild (7707782528)

Getting all my gear sorted out when I get home.

**5/26/2024 4:49 PM (Viewed 5/26/2024 4:50 PM)**

Rob barfeild (7707782528)

I rescheduled our trip to Paris to October so I can get down there sooner.

**5/26/2024 4:48 PM**

Rob barfeild (7707782528)

We leave Hawaii today.

**5/26/2024 4:48 PM**
Dan Personal's iPhone (dporter@bwvkw.com)

Yesterday

**5/26/2024 4:48 PM**
Dan Personal's iPhone (dporter@bwvkw.com)



3

**5/26/2024 4:48 PM**
Dan Personal's iPhone (dporter@bwvkw.com)



**5/26/2024 4:48 PM**
Dan Personal's iPhone (dporter@bwvkw.com)



4

**5/26/2024 4:48 PM**
Dan Personal's iPhone (dporter@bwvkw.com)



**5/26/2024 4:48 PM**
Dan Personal's iPhone (dporter@bwvkw.com)



5

**5/26/2024 4:48 PM**
Rob barfeild (7707782528)

Yes sir.

**5/26/2024 4:48 PM**
Dan Personal's iPhone (dporter@bwvkw.com)

You on schedule

**5/26/2024 4:48 PM**
Dan Personal's iPhone (dporter@bwvkw.com)

Jest checkin in

**4/26/2024 8:23 PM**
Dan Personal's iPhone (+13053940260)



https://youtu.be/ofI20l6sO14?si=JSGCHyCM01u62EcL
(Sent with URL)

**4/26/2024 8:23 PM**
Dan Personal's iPhone (+13053940260)



**4/26/2024 9:14 AM**
Dan Personal's iPhone (+13053940260)

Perfect

**4/26/2024 8:56 AM**
Rob barfeild (7707782528)

Going to sea school to get my Capt license may 27th.

**4/26/2024 8:55 AM**
Rob barfeild (7707782528)

Figuring out. T hard schedule now. I'm coming down after Paris and will stay until August.

**4/26/2024 8:54 AM**
Dan Personal's iPhone (+13053940260)

> Thank you again

**4/26/2024 8:54 AM**

Rob barfeild (7707782528)

> Great.

**4/26/2024 8:53 AM**
Dan Personal's iPhone (+13053940260)

> Yes sir money received. I'm working on the amendment right now now.

**4/26/2024 8:41 AM (Viewed 4/26/2024 8:53 AM)**

Rob barfeild (7707782528)

> Hey. Can you confirm you got the money.  Thanks.

**4/25/2024 8:07 AM**
Dan Personal's iPhone (+13053940260)

> I'll do as you suggested and add it   to you the original agreement and get it to you today. I think that'll be the easiest way. Thanks again Rob. This is going to be a big year for us all.

**4/24/2024 10:23 PM (Viewed 4/24/2024 11:03 PM)**

Rob barfeild (7707782528)

> lol.

**4/24/2024 8:32 PM**
Dan Personal's iPhone (+13053940260)

> Saying she's more than welcome anytime.

**4/24/2024 8:31 PM**
Dan Personal's iPhone (+13053940260)

> Crazy text sorry about that

**4/24/2024 7:45 PM**
Dan Personal's iPhone (+13053940260)

> Oh yeah, she's walking we can set you up in the apartment  upstairs

**4/24/2024 7:45 PM**

Rob barfeild (7707782528)

> I'm ready dan. My wife just approved my departure.

**4/24/2024 7:21 PM**
Dan Personal's iPhone (+13053940260)

> Hey, I talked to the accountant. He's coming back next week  and I'll get the  put together and sent to you. Looking forward  to you getting here around June 1 and let's kick some ass.

**4/24/2024 7:24 AM**
Dan Personal's iPhone (+13053940260)

> Perfect

**4/24/2024 7:23 AM**

Rob barfeild (7707782528)

> I'll reach out after lunch.

**4/24/2024 7:21 AM**
Dan Personal's iPhone (+13053940260)

> No problem, Rob just wanna get caught up. Make some plans for the summer.

**4/24/2024 7:21 AM**

Rob barfeild (7707782528)

> Dan. Just saw that I missed your call. I'm tied up until lunch today but free after to catch up.

**4/23/2024 1:55 PM**

Rob barfeild (7707782528)

> Call any time

**4/23/2024 1:52 PM**
Dan Personal's iPhone (+13053940260)

> Hey man, you got any time today?

**4/21/2024 1:21 PM**
Dan Personal's iPhone (+13053940260)

> 👍

**4/21/2024 1:20 PM**

Rob barfeild (7707782528)

> We are leaving Tampa now headed back to atl. Be home after 4

**4/21/2024 1:20 PM**
Dan Personal's iPhone (+13053940260)

> I'll give you a shot

**4/21/2024 1:20 PM**

Rob barfeild (7707782528)

> Yes sir.

**4/21/2024 1:19 PM**
Dan Personal's iPhone (+13053940260)

> Are you gonna be around later this afternoon?

**4/17/2024 6:53 PM (Viewed 4/17/2024 6:54 PM)**

Rob barfeild (7707782528)

> Let me know. I'm ready to come dive.

8

**4/17/2024 6:37 PM**
Dan Personal's iPhone (+13053940260)

Let's talk soon and set it all up. I'll keep you updated

**4/17/2024 6:36 PM**

Rob barfeild (7707782528)

Dan.  Excited for this year.  We are coming to dive. ;)

**4/17/2024 6:34 PM**
Dan Personal's iPhone (+13053940260)

I'm good on site. Getting ready to start in the morning.

**4/17/2024 6:34 PM**

Rob barfeild (7707782528)

Dan! How are you.

**4/17/2024 6:33 PM**
Dan Personal's iPhone (+13053940260)

Hey buddy, how you doing?

**3/16/2024 9:17 AM (Viewed 3/16/2024 9:47 AM)**

Rob barfeild (7707782528)

Looking good!

**3/16/2024 8:35 AM**
Dan Personal's iPhone (dporter@bwvkw.com)



9

**3/16/2024 8:35 AM**
Dan Personal's iPhone (dporter@bwvkw.com)



**2/15/2024 11:55 AM**
Dan Personal's iPhone (+13053940260)



**2/15/2024 11:54 AM**

Rob barfeild (7707782528)

All good I have been all over the place with work.  Just got back home.

**2/15/2024 11:54 AM**
Dan Personal's iPhone (+13053940260)

Genoa

**2/15/2024 11:54 AM**
Dan Personal's iPhone (+13053940260)

Genea

**2/15/2024 11:54 AM**
Dan Personal's iPhone (+13053940260)

Found it off one of the mag surveys I was telling you about in the area of the

**2/15/2024 11:53 AM**
Dan Personal's iPhone (+13053940260)

We found another wreck last week. I look like a side wheeler. Civil War era. The think possibly it's the Helena. Supposed to be carrying gold for the troops.

**2/15/2024 11:48 AM**
Dan Personal's iPhone (+13053940260)

All good with you man I haven't checked in with you. I'm sorry.

10

**2/15/2024 11:48 AM**
Dan Personal's iPhone (+13053940260)

> Took a lot of work to get it this far, but it's headed in the right direction

**2/15/2024 11:27 AM (Viewed 2/15/2024 11:48 AM)**

Rob barfeild (7707782528)

> That's great!

**2/15/2024 11:20 AM**
Dan Personal's iPhone (+13053940260)



**1/23/2024 5:02 PM**
Dan Personal's iPhone (+13053940260)

> Sounds good

**1/23/2024 5:01 PM (Viewed 1/23/2024 5:02 PM)**

Rob barfeild (7707782528)

> Enroute back to Atlanta.  Will get back to you tomorrow.

**1/23/2024 4:26 PM (Delivered 1/23/2024 4:51 PM)**
Dan Personal's iPhone (+13053940260)

> Rob just a heads up let you know the funds have arrived. Whenever you want to send back to executed document is fine with me and if you have any questions we need to tweak anything on there just let me know. Thank you man.

**1/22/2024 6:19 PM**
Dan Personal's iPhone (+13053940260)

> Hey Rob, no problem at all. I'm sitting eating some bowl peanuts. It's a good time to call if you want.

**1/22/2024 6:17 PM**

Rob barfeild (7707782528)

> Hey been an insane day.  Let me know when you're free.

**1/22/2024 11:01 AM**
Dan Personal's iPhone (+13053940260)

> All good no rush on my end.

**1/22/2024 11:01 AM**

Rob barfeild (7707782528)

> 👍 getting through my Monday office routine then will buzz you.

11

**1/22/2024 10:59 AM**
Dan Personal's iPhone (+13053940260)

> Hey Rob, I'm available anytime today to answer any questions you might have. I had a good conversation with Carl and talked about other opportunities.

**1/21/2024 2:40 PM**
Dan Personal's iPhone (+13053940260)

> Wow!! I'm not a big believer in fate. But that's pretty cool

**1/21/2024 2:28 PM (Viewed 1/21/2024 2:39 PM)**
Rob barfeild (7707782528)

> lol. That was lunch today.

**1/21/2024 1:54 PM**
Dan Personal's iPhone (+13053940260)

> Did you seriously get them right now?

**1/21/2024 1:53 PM**
Rob barfeild (7707782528)

> Well fortune cookies don't lie.

**1/21/2024 1:53 PM**
Rob barfeild (7707782528)



**1/19/2024 4:18 PM**
Dan Personal's iPhone (+13053940260)

> Swimming anchors*

**1/19/2024 4:18 PM**
Dan Personal's iPhone (+13053940260)

> You do know all the old timers if you were some anchors. Our anchors are 500 pounders with 1200 foot line. I promise you you won't have to swim any anchors.

12

**1/19/2024 4:17 PM**

Rob barfeild (7707782528)

Got it.  I'll read everything and circle back. The interest is going to be in our holding company.  Barfield Hosch holdings, LLC.   Looking forward to being a part of the team.   As long as I don't have to swim anchors.

**1/19/2024 4:14 PM**
Dan Personal's iPhone (+13053940260)

OK Rob, I've sent you the documents and an email. Take a good read through. I'm not in any rush. Do you have any questions? Don't hesitate to call. That is one hell of a boat man. I keep going back and looking at the pictures.

**1/19/2024 3:21 PM**
Dan Personal's iPhone (+13053940260)

I'm just getting back up in the office I'll finish putting the docs together

**1/19/2024 3:20 PM**
Dan Personal's iPhone (+13053940260)

Man that's pretty.

**1/19/2024 3:14 PM (Viewed 1/19/2024 3:19 PM)**

Rob barfeild (7707782528)



Here is the boat we are getting ready to splash.   Ready for the Bahamas!

**1/19/2024 3:14 PM (Viewed 1/19/2024 3:19 PM)**

Rob barfeild (7707782528)



**1/19/2024 3:13 PM (Viewed 1/19/2024 3:19 PM)**

Rob barfeild (7707782528)

> Dan thanks again for the call.  My email is rbarfield@vision inv.com
>
> Send me the paper work and we will get everything going.

**1/18/2024 7:57 PM**

Rob barfeild (7707782528)

> Ok. Cool. 👍

**1/18/2024 7:56 PM**
Dan Personal's iPhone (+13053940260)

> All good Rob no problem. Anytime tomorrow is fine.

**1/18/2024 7:56 PM**

Rob barfeild (7707782528)

> Hey Dan. Just getting home from a day trip to Tampa.  Can I call you tomorrow.   Let me know a good time.  Thanks!

**1/18/2024 7:02 PM**
Dan Personal's iPhone (+13053940260)

> Hey Rob, Dan Porter here. I left you a message on your phone. I hate messages. So I'm sending you a text. I talked to Whitey today. When you get a chance give me a call and I'll give you some updates.

99 total messages and 15 total images.

14